

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE HERRERA GROUP, HERRERA FINANCIAL GROUP, LLC, ERNESTO HERRERA, NORA HERRERA, AND ALL OTHER OCCUPANTS OF 416 N. STANTON, SUITE 120, EL PASO, TEXAS 79901, | § § § | No. 08-24-00148-CV Appeal from the County Court at Law No. 3 |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC# 2024-CCV00291) |
| AGGIE CHOI, AS MANAGER OF CH PROPERTY PARTNERS, LLC, AND CH PROPERTY PARTNERS, LLC, | § § | |
| Appellees. | § | |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3.

By Order dated July 15, 2024, the Court sua sponte extended the deadlines to pay the required filing fee and to file the required docketing statement to August 6, 2024. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rules from paying costs); *Id.* at 32.1 (requiring the appellant to file the docketing statement "[p]romptly upon filing the notice of appeal"). The Order notified Appellants that their appeal

would be subject to dismissal without further notice pursuant to Texas Rule of Appellate Procedure 42.3 if the fee was not paid and the docketing statement was not received by the deadline. *See* Tex. R. App. P. 42.3 (c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a court order within a specified time).

As of this date, Appellants have not paid the filing fee, shown they are excused from paying the required fee, or filed the required docketing statement. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c). All pending motions are denied as moot.


GINA M. PALAFOX, Justice


August 9, 2024

Before Alley, C.J., Palafox, and Rodriguez, C.J. (Ret)
Rodriguez, C.J. (Ret.) (Sitting by Assignment)